1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            CENTRAL DISTRICT OF CALIFORNIA
8            WESTERN DIVISION
9
10   DAMION DAVIS,                    )    No. CV 06-7315 VBF (FFM)
                                      )
11                  Petitioner,       )
                                      )    JUDGMENT
12        v.                          )
                                      )
13   GEORGE J. GUIRBINO, Warden,      )
                                      )
14                  Respondent.       )
                                      )
15
16        Pursuant to the Order Adopting In Part And Rejecting In Part Findings And
17   Conclusions Of United States Magistrate Judge, Rejecting Recommendation, And
18   Ordering Judgment Denying Petition,
19        IT IS ADJUDGED that the Petition is denied and this action is dismissed with
20   prejudice.
21
22   DATED:    4-26-11
23
                                      _____
24
                                      VALERIE BAKER FAIRBANK
25                                    United States District Judge
26
27
28